UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE FERNANDEZ,

                Plaintiff,

  - against -

219 DOMINICAN VALLE CORP et al.,

                Defendants.

19cv9513 (JGK)

**MEDIATION REFERRAL ORDER**

---

JOHN G. KOELTL, District Judge:

It is ordered that this case is referred for mediation to the Court's Alternative Dispute Resolution program of mediation. Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith.

The parties should report to the Court on the status of the case **within seven days** of the conclusion of the mediation. If there is no settlement, the parties should submit a Rule 26(f) report at the same time they give the Court a status update.

**SO ORDERED.**

Dated:    New York, New York
           January 30, 2020

                                                  John G. Koeltl
                                         United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-31-20