```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

CHRISTINE FERNANDEZ et al.,

              Plaintiffs,         19cv9513 (JGK)

    - against -                   ORDER

219 DOMINICAN VALLE CORP et al.,

              Defendants.

------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report within 14 days of the conclusion of mediation if the mediation is not successful.

**SO ORDERED.**

**Dated:**    New York, New York
              June 23, 2020         /s/ John G. Koeltl
                                                  John G. Koeltl
                                   United States District Judge