FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

July 27, 2020

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application granted.
> SO ORDERED.
> New York, NY       /s/ John G. Koeltl
> July 27, 2020      John G. Koeltl, U.S.D.J.

Re: Fernandez et.al v. 219 Dominican Valle Corp. et al.
    Case No.: 19-cv-9513 (JGK)

Dear Judge Koeltl:

We represent Defendants in 219 Dominican Valle Corp., Omar Cordoba, and Dorka Cordoba in this matter. We write to respectfully request until August 7, 2020 to submit a Rule 26(f) report in accordance with the Court's June 23, 2020 order. Although the mediation was not successful, the parties are continuing their negotiations and request additional time to negotiate prior to expending money on legal fees. We therefore request until August 7, 2020 to submit the Rule 26(f) report.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/-------------------
Michael Taubenfeld