F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

August 17, 2020

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

| |
|---|
| Application granted. |
| SO ORDERED. |
| /s/ John G. Koeltl |
| New York, NY    John G. Koeltl |
| August 18, 2020    U.S.D.J. |

Re: Fernandez et.al v. 219 Dominican Valle Corp. et al.
Case No.: 19-cv-9513 (JGK)

Dear Judge Koeltl:

    We represent Defendants 219 Dominican Valle Corp., Omar Cordoba, and Dorka Cordoba in this matter. We write to respectfully request until August 31, 2020 to submit a Rule 26(f) report so that the parties can continue negotiations and reach a resolution without expending extensive legal fees. We also apologize for making this request late. Although the mediation late last month was not successful, the parties have continued their negotiations and request additional time to negotiate. Reducing legal fees is especially important to my clients, one of whom has been out of work for months and the other whom will be out of the work by the end of the month. We therefore request until August 31, 2020 to submit the Rule 26(f) report.

    Thank you for your attention to the above.

Respectfully Submitted,
--------------------/**s**/-------------------
Michael Taubenfeld