# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

September 15, 2020

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2020

Re: Fernandez et.al v. 219 Dominican Valle Corp. et al.
Case No.: 19-cv-9513 (JGK)

Dear Judge Koeltl:

We represent Defendants 219 Dominican Valle Corp., Omar Cordoba, and Dorka Cordoba in this matter. We write to respectfully request an extension until September 29, 2020 to submit a Rule 26(f) report so that the parties can continue negotiations and reach a resolution without expending extensive legal fees. The parties have continued their negotiations and have substantially reduced the gap between their positions. We therefore respectfully request an additional week to try to resolve this matter.

Thank you for your attention to the above.

Respectfully Submitted,
-----------------------/s/------------------
Michael Taubenfeld

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

9/16/20.