```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                :
CHRISTINE FERNANDEZ et al.,                     :
                                                :
                        Plaintiffs,             :
                                                :          19-CV-9513 (JPC)
        -v-                                     :
                                                :          ORDER
219 DOMINICAN VALLE CORP. et al.,               :
                                                :
                        Defendants.             :
                                                :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2020

JOHN P. CRONAN, United States District Judge:

The conference on November 2, 2020 at 3:00 p.m. will take place as scheduled. All parties should be prepared to discuss the joint letter motion to approve the proposed settlement agreements filed October 27, 2020. (Dkt. 45.) In particular, counsel should be prepared to discuss the following items:

(1) The requirement that Plaintiffs release "any and all Claims" against the Cordoba Defendants (Dkt. 45-1);

(2) The requirement that Plaintiffs release "future matters" against the Vasquez Defendants (Dkt. 45-2);

(3) Counsel's failure to submit evidence providing a factual basis for the proposed fee award.

SO ORDERED.

Dated: November 2, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge